**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Usamah Ali, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-05790 |
| ) | |
| ) | |
| ) | Judge Jorge L. Alonso |
| ) | Magistrate Judge Jeannice W. Appenteng |
| Credit Corp Solutions, Inc., ) | |
| Defendant. ) | |

**ORDER**

The Clerk of the Court is directed to remand this case to the Circuit Court of Cook County forthwith.

**SO ORDERED.**　　　　　　　　　　　　　　　ENTERED: December 21, 2023

_____
**HON. JORGE ALONSO**
**United States District Judge**